UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROBERT H. SHEMWELL, JR., ET AL | CIVIL ACTION NO. 06-1808 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JOHN W. LUSTER | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

Before the Court is an appeal taken pursuant to Fed. Rule App. Proc. 4(a) from an order of the United States Bankruptcy Court for the Western District of Louisiana entered on September 26, 2006 granting a Rule 60(b) motion in favor of Appellee John W. Luster. [Doc. No. 1-2]. For the reasons stated in the Court's Memorandum Ruling, the bankruptcy court's order is **VACATED.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 13th day of September, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE